

# THE THIRTEENTH COURT OF APPEALS

13-23-00569-CV

ROANE-WILLIAMS TEXAS MINERALS, LLC
v.
EOG RESOURCES, INC. AND REAGAN SMITH ENERGY SOLUTIONS, INC.

On Appeal from the
218th District Court of Karnes County, Texas
Trial Court Cause No. 20-04-00078-CVK

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

November 6, 2025